IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Abdali LLC, et al.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>Adam Simmens, et al.,<br><br>Counterclaim Defendants,<br><br>v.<br><br>Asad Khan Family LLC, et al.,<br><br>Defendants and Counterclaim Plaintiffs,<br><br>The Box Investments LLC,<br><br>Defendant and Nominal Defendant. | CIVIL ACTION<br><br>NO. 25-1618 |

**ORDER**

**AND NOW**, this 29th day of September 2026, upon consideration of Plaintiffs Abdali LLC; American Food, Paper, and Poultry LLC; and Hashmatullah Abdali's Motion for Voluntary Dismissal (Doc. No. 99); Defendants Muhammad Zeeshan Khan and Nurture INTL, LLC's Brief In Opposition to Motion for Voluntary Dismissal (Doc. No. 101); Defendant and Nominal Defendant The Box Investments LLC's Memorandum of Law in Response to Plaintiffs' Motion for Voluntary Dismissal (Doc No. 102); Defendants AI Group LLC, Asad Khan Family LLC, Asad Khan, and Aziz Rahman's Response in Opposition to Plaintiffs' Motion for

Voluntary Dismissal (Doc. No. 103); Plaintiffs' Reply Brief in Response to Defendants Nurture Intl. LLC and Zeeshan Khan's Opposition to Plaintiffs/Counterclaim Defendants Abdali LLC; American Food, Paper, and Poultry LLC; and Hashmatullah Abdali's Motion for Voluntary Dismissal Without Prejudice (Doc. No. 104); and Plaintiffs' Reply Memorandum in Response to Defendants Asad Khan Family LLC, *et al.* and The Box Investments LLC's Opposition to Plaintiffs' Motion to Dismiss Without Prejudice (Doc. No. 105), it is **ORDERED** that Plaintiff's Motion for Voluntary Dismissal is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs incurred in this action. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.